FOR THE

COUNTY OF WASHINGTON.

APRIL TERM, 1848.

PRESENT,

Hon. ISAAC F. REDFIELD,
Hon. MILO L. BENNETT,    } ASSISTANT JUDGES.
Hon. DANIEL KELLOGG,
Hon. CHARLES DAVIS,

---

## STATE v. LESTER ABBOTT.

An indictment for wounding "a steer," without an allegation, that a steer is "cattle, or beast," within the words of the statute, is sufficient.

INDICTMENT for wounding and maiming a certain "red, three year old steer." After a verdict of guilty, the respondent moved in arrest of judgment, for the insufficiency·of the indictment; which motion was overruled by the court, April Term, 1845,—REDFIELD, J., presiding. Exceptions by respondent.

——— for respondent.

*C. Reed*, state's attorney.

The opinion of the court was delivered by

REDFIELD, J. The only question, raised in the present case, is in regard to the sufficiency of the indictment. It is for a violation of the statute against maiming, or wounding, cattle. The objection

68

is, that the defendant is charged with wounding a steer, without alleging, that a steer is " cattle, or other beast,"—which are the words of the statute. It is very possible, that some of the old cases may have adopted a degree of strictness, equal to this, even. But no modern case of this character exists; it is believed; but the contrary has often been decided.

Judgment that the defendant take nothing by his exceptions, or motion in arrest of judgment.